LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND FILING DEADLINES <br><br> HON. ANTHONY W. ISHII |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, VIRNA L. SANTOS, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Raul Higuera Parra and RONALD HEDDING, attorney for Angela Guadalupe Higuera, request that the current briefing schedule and motions hearing be vacated and a new one be set as follows:

    October 1, 2007- Defendant's motions due

    October 22, 2007- Government's response

    October 29, 2007 at 9:00 a.m.- Hearing on motions

1

This continuance is necessary to permit defense counsel to review discovery that the government is currently procuring and intends to provide within the next ten days. Said discovery is essential to the investigation of defenses to these charges and preparation of motions.

In light of the above, all parties stipulate that time shall be excluded for the above purposes until the new hearing date of **October 29, 2007**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated:  August 10, 2007                                  Respectfully submitted,


/s/ALEX KESSEL
Counsel for Raul Higuera Parra


/s/RONALD HEDDING
Counsel for Angela Guadalupe Higuera


McGREGOR W. SCOTT
United States Attorney


/s/ Virna L. Santos
VIRNA L. SANTOS
Assistant U.S. Attorney

**ORDER**

The parties stipulated request to vacate the current briefing schedule and hearing on motions currently set for October 1, 2007 is hereby **GRANTED**. The new briefing schedule and hearing date are as follows:

**October 1, 2007- Defendant's motions due**

**October 22, 2007- Government's response**

**October 29, 2007 at 9:00 a.m.- Hearing on motions**

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:    August 10, 2007**                                  **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE