LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO: 07-CR-00144-AWI |
| ) | |
| ) | STIPULATION TO CONTINUE |
| v. ) | MOTIONS HEARING AND |
| ) | FILING DEADLINES |
| RAUL HIGUERA PARRA, et al. ) | |
| ) | |
| Defendants. ) | HON. ANTHONY W. ISHII |
| ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Raul Higuera Parra and RONALD HEDDING, attorney for Angela Guadalupe Higuera, request that the current briefing schedule and motions hearing be vacated and a new one be set as follows:

January 14, 2008 - Defendant's motions due

February 4, 2008 - Government's response

February 11, 2008 at 9:00 a.m.- Hearing on motions

1

This continuance is necessary to permit defense counsel to review discovery that the government is currently procuring and intends to provide within the next ten days. Said discovery is essential to the investigation of defenses to these charges and preparation of motions.

In light of the above, all parties stipulate that time shall be excluded for the above purposes until the new hearing date of **February 11, 2008**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: November 1, 2007                                 Respectfully submitted,

/s/ALEX KESSEL
Counsel for Raul Higuera Parra

/s/RONALD HEDDING
Counsel for Angela Guadalupe Higuera

McGREGOR W. SCOTT
United States Attorney

/s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

**ORDER**

The parties stipulated request to vacate the current briefing schedule and hearing on motions currently set for December 3, 2007 is hereby **GRANTED**. The new briefing schedule and hearing date are as follows:

**January 14, 2008 - Defendant's motions due**

**February 4, 2008 - Government's response**

**February 11, 2008 at 9:00 a.m.- Hearing on motions**

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:   November 1, 2007**                         /s/ Anthony W. Ishii
                                                                        UNITED STATES DISTRICT JUDGE