LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br>Plaintiff, )<br><br>v. )<br><br>RAUL HIGUERA PARRA, et al. )<br><br>Defendants. ) | CASE NO: 07-CR-00144-AWI<br><br>STIPULATION TO CONTINUE MOTIONS HEARING AND FILING DEADLINES<br><br>HON. ANTHONY W. ISHII |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney for Plaintiff, ALEX

KESSEL, attorney for defendant Raul Higuera Parra and RONALD HEDDING, attorney for

Angela Guadalupe Higuera, request that the current briefing schedule and motions hearing be

vacated and a new one be set as follows:

March 3, 2008 - Government's responses due

March 10, 2008 at 9:00 a.m.- Hearing on motions

Counsel for Defendant Raul Higuera-Parra is presently engaged in trial in the matter of

1

1   People vs. Maria Quijano, case number LA048968, in Department 103 of the Los Angeles County

2   Superior Court, Central District in Los Angeles. This is a multiple defendant murder case wherein

3   the defendants are presently in custody.

4           Counsel for Defendant Raul Higuera-Parra is scheduled to begin trial on February 4, 2008

5   in the matter of People vs. Andres Garcia, et al, case number 07ZF0008 in Department C40 of the

6   Orange County Superior Court, Central District in Santa Ana. This is a four defendant multiple

7   count attempted murder case wherein the defendants are presently in custody..

8           In light of the above, all parties stipulate that time shall be excluded for the above purposes

9   until the new hearing date of **March 10, 2008**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

10  Dated:  February 6, 2008                                    Respectfully submitted,

11
                                                                /s/ALEX KESSEL
12                                                              Counsel for Raul Higuera Parra

13
                                                                /s/RONALD HEDDING
14                                                              Counsel for Angela Guadalupe Higuera

15

16                                                              McGREGOR W. SCOTT
                                                                United States Attorney
17

18                                                              /s/ Kathleen Servatius
                                                                KATHLEEN SERVATIUS
19                                                              Assistant U.S. Attorney

20

21

22

23

24

25

26

27

28

2

**ORDER**

The parties stipulated request to vacate the current briefing schedule and hearing on motions currently set for February 11, 2008 is hereby **GRANTED**.  The new briefing schedule and hearing date are as follows:

       **March 3, 2008 - Government's responses due**

       **March 10, 2008 at 9:00 a.m.- Hearing on motions**

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:**   **February 6, 2008**                         **/s/ Anthony W. Ishii**
                                                   UNITED STATES DISTRICT JUDGE