LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND FILING DEADLINES <br><br> ORDER <br><br> HON. ANTHONY W. ISHII |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Raul Higuera Parra and RONALD HEDDING, attorney for Angela Guadalupe Higuera, request that the current briefing schedule and motions hearing be vacated and a new one be set as follows:

April 21, 2008 - Government's responses due

May 12, 2008 at 9:00 a.m.- Hearing on motions

Counsel for Defendant Raul Higuera-Parra is presently engaged in trial in the matter of

1

1  People vs. Leonardo Diaz, case number GA061568, in Department H of the Los Angeles County
2  Superior Court, Northeast District in Pasadena. This is a three strikes attempted murder case
3  wherein the defendant is presently in custody.

4      Counsel for Defendant Raul Higuera-Parra is scheduled to start trial immediately after his
5  previous trial in the matter of People vs. Rafael Rosales, et al, case number 07CF2797 in
6  Department C39 of the Orange County Superior Court, Central District in Santa Ana. This is an
7  attempted murder wherein the defendant is presently in custody.

8      Counsel for the Government requires additional time to prepare her oppositions to
9  defendant's previously filed motion.

10     In light of the above, all parties stipulate that time shall be excluded for the above purposes
11 until the new hearing date of **May 12, 2008**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

12 Dated:  March 5, 2008                                     Respectfully submitted,

13
14                                                          /s/ALEX KESSEL
                                                            Counsel for Raul Higuera Parra
15
16                                                          /s/RONALD HEDDING
                                                            Counsel for Angela Guadalupe Higuera
17
18                                                          McGREGOR W. SCOTT
                                                            United States Attorney
19
20                                                          /s/ Kathleen Servatius
                                                            KATHLEEN SERVATIUS
21                                                          Assistant U.S. Attorney

22
23
24
25
26
27
28

2

## ORDER

The parties stipulated request to vacate the current briefing schedule and hearing on motions currently set for March 10, 2008 is hereby **GRANTED**.  The new briefing schedule and hearing date are as follows:

**April 21, 2008 - Government's responses due**

**May 12, 2008 at 9:00 a.m.- Hearing on motions**

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:     March 5, 2008**              _____/s/ Anthony W. Ishii_____
                                                                    UNITED STATES DISTRICT JUDGE