McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 498-7272

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA-PARRA, et. al., ) <br> ) <br> Defendants. ) <br> ) <br> _____ ) | 1:07-CR-144 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE <br><br> DATE:  June 23, 2008 <br> TIME:   9:00 a.m. <br> HONORABLE Anthony W. Ishii |

    The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorneys, hereby stipulate and request that the Status Conference, currently set for May 12, 2008, be moved to June 23, 2008, at 9:00 a.m.  The government is requesting the continuance due to a four week trial regarding <u>United States v. Luke Scarmazzo, et al.</u>, 1:06CR342 OWW and to permit it to complete its response to the pending motions.  The government is requesting permission to file its response to motions on or before June 2, 2008.  Therefore, the parties stipulate to continue this hearing to June 23, 2008 at 9:00 a.m., and further request the Court to order the same.  The parties further request that time be excluded to and through the date of the court's decision on the motions

1

1 | due to the pendency of the defendants' motions.  See 18 U.S.C. § 3161(h).

2 | DATED:  April 30, 2008					McGREGOR W. SCOTT
							United States Attorney

							By /s/ Kathleen A. Servatius

							KATHLEEN A. SERVATIUS
							Assistant U.S. Attorney

DATED: April 29, 2008					/s/ Alex Robert Kessel
							Attorney for Raul Higuera-Parra

DATED: April 29, 2008					/s/ Ronald D. Hedding
							Attorney for Angela Guadalupe Higuera

| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| 2 | United States Attorney<br>KATHLEEN A. SERVATIUS |
| 3 | Assistant U.S. Attorneys<br>4401 Federal Building |
| 4 | 2500 Tulare Street<br>Fresno, California 93721 |
| 5 | Telephone: (559) 498-7272 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:07-CR-144 AWI |
| Plaintiff, | ) | ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| RAUL HIGUERA-PARRA, et. al., | ) | |
| Defendants. | ) | |

    The United States of America, by and through McGregor W. Scott, United States Attorney, and Kathleen A. Servatius, Assistant United States Attorney, and the defendants, by and through their attorney, have stipulated to a continuance of the motions hearing in this case, currently set for May 12, 2008, to June 23, 2008, at 9:00 a.m.. The government has requested the continuance due to a four-week trial and to permit it to file responses to the pending motions.

    THEREFORE, it appearing that the request is supported by good cause,

    IT IS HEREBY ordered that the status conference in this case be continued until June 23, 2008 at 9:00 a.m.

///

///

///

1 | IT IS HEREBY ORDERED that the time between May 12th and the court's decision on the
2 | pending motions be excluded from the Speedy Trial Clock pursuant to 18 United States Code,
3 | Section 3161(h).

IT IS SO ORDERED.

**Dated:   April 30, 2008**             /s/ Anthony W. Ishii
                                    UNITED STATES DISTRICT JUDGE