LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND FILING DEADLINES <br><br> HON. ANTHONY W. ISHII |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Raul Higuera Parra and RONALD HEDDING, attorney for Angela Guadalupe Higuera, request that the current briefing schedule and motions hearing be vacated and a new one be set as follows:

July 7, 2008- replies due

July 14, 2008 at 9:00 a.m.- Hearing on motions

Counsel for Defendant Raul Higuera-Parra is presently engaged in trial in the matter of

1  People vs. Jun Paz , case number GA067514, in Department G of the Los Angeles County
2  Superior Court, Northeast District in Burbank.
3       Counsel for Defendant Raul Higuera-Parra will be engaged in trial beginning July 1, 2008
4  in the matter of U.S.A. vs. Rojelio Castrejon, case number CR-08-00116 in the United States
5  District Court, Middle District of Florida in Orlando.
6       Counsel for the defendants require time to prepare their replies to the government's
7  oppositions to defendants' previously filed motion.
8       In light of the above, all parties stipulate that time shall be excluded for the above purposes
9  until the new hearing date of **July 14, 2008**, pursuant to 18 U.S.C. § 3161(h)(8)(A).
10 Dated:  June 20, 2008                    Respectfully submitted,

/s/ALEX KESSEL
Counsel for Raul Higuera Parra

/s/RONALD HEDDING
Counsel for Angela Guadalupe Higuera


McGREGOR W. SCOTT
United States Attorney


/s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

2

# ORDER

The parties stipulated request to vacate the current briefing schedule and hearing on motions currently set for June 23, 2008 is hereby **GRANTED**. The new briefing schedule and hearing date are as follows:

**July 7, 2008- replies due**

**July 14, 2008 at 9:00 a.m.- Hearing on motions**

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:   June 20, 2008**                  /s/ Anthony W. Ishii
                                            UNITED STATES CHIEF DISTRICT JUDGE