LAW OFFICE OF ALEX R. KESSEL
Alex R. Kessel, Esq. (SBN 110715)
16000 Ventura Boulevard
Penthouse 1208
Encino, CA 91436
Phone: (818) 995-1422
Fax: (818) 788-9408
Email: kessellaw@sbcglobal.net

Attorney for Defendant,
RAUL HIGUERA-PARRA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> RAUL HIGUERA PARRA, et al. ) <br> ) <br> Defendants. ) <br> ) | CASE NO: 07-CR-00144-AWI <br><br> STIPULATION TO CONTINUE MOTIONS HEARING AND FILING DEADLINES <br><br> HON. ANTHONY W. ISHII |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KATHLEEN A. SERVATIUS, Assistant United States Attorney for Plaintiff, ALEX KESSEL, attorney for defendant Raul Higuera Parra and RONALD HEDDING, attorney for Angela Guadalupe Higuera, request that the current briefing schedule and motions hearing be vacated and a new one be set as follows:

     November 3, 2008 - replies due

     November 17, 2008 at 9:00 a.m.- Hearing on motions

     Counsel for Defendant Raul Higuera-Parra is engaged in trial  in the matter of <u>People vs.</u>

1

<u>Nicolas Real</u>, case number BA325156 in Division 134 of the Los Angeles County Superior Court, Central District in Los Angeles. This is a multiple count assault with a firearm case wherein the defendant is in custody..

Counsel for the defendants require time to prepare their replies to the government's oppositions to defendants' previously filed motion.

In light of the above, all parties stipulate that time shall be excluded for the above purposes until the new hearing date of **November 17, 2008**, pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated:  September 16, 2008                                  Respectfully submitted,


/s/ALEX KESSEL
Counsel for Raul Higuera Parra


/s/RONALD HEDDING
Counsel for Angela Guadalupe Higuera



McGREGOR W. SCOTT
United States Attorney


/s/ Kathleen Servatius
KATHLEEN SERVATIUS
Assistant U.S. Attorney

**ORDER**

The parties stipulated request to vacate the current briefing schedule and hearing on motions currently set for September 22, 2008 is hereby **GRANTED**. The new briefing schedule and hearing date are as follows:

**November 3, 2008- replies due**

**November 17, 2008 at 9:00 a.m.- Hearing on motions**

Time shall be excluded pursuant to 18 U.S.C. § 3161(h)(8)(A) at both parties request to allow for further investigation by defense counsel.

IT IS SO ORDERED.

**Dated:   September 16, 2008**          /s/ Anthony W. Ishii
                                        CHIEF UNITED STATES DISTRICT JUDGE