McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 1:07-cr-00144 AWI |
| ) | |
| Plaintiff, ) | GOVERNMENT'S MOTION FOR |
| ) | DISMISSAL OF INDICTMENT, AND |
| v.  ) | ORDER THEREON. |
| ) | |
| ANGELA GUADALUPE HIGUERA, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the Indictment against the above-named defendant in the interest of justice.

DATED: November 18, 2008          Respectfully submitted,

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  By/s/Dawrence W. Rice, Jr.
                                    DAWRENCE W. RICE, JR.
                                    Assistant U.S. Attorney

///

///

///

///

1

**ORDER**

IT IS ORDERED that the Indictment in 1:07-cr-00144 AWI against only the above-named defendant be dismissed in the interest of justice.

IT IS SO ORDERED.

**Dated:   November 19, 2008**              /s/ **Anthony W. Ishii**
                                       CHIEF UNITED STATES DISTRICT JUDGE